UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00467-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE JULY 31, 2024 SCHEDULING CONFERENCE**<br><br>(Doc. 8) |

　　　　Plaintiff Travis Ward, proceeding through counsel, brings this action for violations of the Americans with Disabilities Act ("ADA") and state law against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Doe Officers I-V.  (Doc. 1.)  On July 23, 2024, the parties filed a joint stipulation to continue the Scheduling Conference currently set for July 31, 2024, for at least thirty (30) days.  (Doc. 8.)  The parties explain that additional time is needed for CDCR to receive Plaintiff's central file and because counsel for Plaintiff may be amending the complaint.  (*Id.*)

　　　　Having considered the parties' stipulation, and good cause appearing, the request to continue the Scheduling Conference is HEREBY GRANTED.  The Scheduling Conference currently set for July 31, 2024, is CONTINUED to **September 12, 2024, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one (1) full week prior to the continued Scheduling Conference.

The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: __**July 25, 2024**__                    /s/ *Barbara A. McAuliffe*  _
                                                UNITED STATES MAGISTRATE JUDGE

2