UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WARD,<br><br>            Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>            Defendants. | Case No.  1:24-cv-00467-JLT-BAM (PC)<br><br>**ORDER GRANTING AMENDED JOINT STIPULATION TO PERMIT PLAINTIFF 20 DAYS TO FILE AN AMENDED COMPLAINT**<br><br>(ECF No. 13.)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Plaintiff Travis Ward, proceeding through counsel, brings this action for alleged violations of the Americans with Disabilities Act and state law against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Doe Officers 1-V. (ECF No. 1.)  The matter is currently set for a Scheduling Conference on September 12, 2024, with a Joint Scheduling Report due on or before September 5, 2024. (*See* ECF No. 10.)

On August 15, 2024, the parties filed an amended stipulation to grant Plaintiff twenty (20) days to file an amended complaint, with CDCR's responsive pleading due within twenty-one (21) days after it is served with the amended complaint. (ECF No. 13.)  The parties explain that defense counsel informed Plaintiff's counsel of "several perceived deficiencies in the complaint in a meet and confer letter, which memorialized Defendant's position to avert filing a motion to

1

dismiss." (*Id.* at 2.)  Plaintiff's counsel evaluated Defendant's position and agreed to amend the complaint.  (*Id.*)

Having considered the parties' stipulation, and good cause appearing, Plaintiff will be granted twenty (20) days to file an amended complaint, with CDCR's responsive pleading due within twenty-one (21) days after it is served with the amended complaint.  Although the parties appear to request an extension of the deadline to file their Joint Scheduling Report to September 9, 2024, (*see* ECF No. 13 at 3), the Court finds is appropriate to continue the Scheduling Conference until after the anticipated responsive pleading deadline.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted twenty (20) days to file an amended complaint.  Plaintiff's amended complaint shall be filed on or before **September 3, 2024**.
2. CDCR's responsive pleading shall be due within twenty (21) days after it is served with the amended complaint.
3. The Scheduling Conference currently scheduled for September 12, 2024, is CONTINUED to **October 10, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.  The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **August 15, 2024**           /s/ *Barbara A. McAuliffe*           
UNITED STATES MAGISTRATE JUDGE

2