UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WARD, | Case No.  1:24-cv-00467-JLT-BAM |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL., | FOURTEEN (14) DAY DEADLINE |
| | **ORDER VACATING HEARING** |
| Defendants. | |

Plaintiff Travis Ward ("Plaintiff"), proceeding with counsel, filed the instant action on April 17, 2024.  (Doc. 1.)  By stipulation of the parties, Plaintiff filed a First Amended Complaint on September 3, 2024.  (*See* Docs. 14, 15.)  Defendant California Department of Corrections and Rehabilitation filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on September 24, 2024. (Doc. 16.)  The motion, which includes an October 25, 2024 hearing date, was referred to the undersigned for the preparation of findings and recommendations.  (Doc. 18.)

Local Rule 230(c), as amended on March 1, 2022, requires that opposition, if any, to the granting of the motion be filed and served no later than fourteen (14) days after the motion was filed.  L.R. 230(c).  The "failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion."  L.R. 230(c).  Plaintiff's opposition or non-opposition to the motion to dismiss was due no later than October 8, 2024.  No opposition has been filed.

1

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE **within fourteen (14) days of service of this order** why the motion to dismiss should not be granted and the action dismissed with prejudice based on Plaintiff's failure to file a timely opposition. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's September 24, 2024 motion to dismiss. Alternatively, Plaintiff may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). <u>Plaintiff is warned that failure to comply with the Court's order will result in dismissal of this action with prejudice.</u>

IT IS FURTHER ORDERED that the hearing scheduled for October 25, 2024, is VACATED.

IT IS SO ORDERED.

Dated: **October 11, 2024**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2