UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00467-JLT-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. 21) |

Plaintiff Travis Ward ("Plaintiff"), proceeding with counsel, filed the instant action on April 17, 2022. (Doc. 1.) By stipulation of the parties, Plaintiff filed a First Amended Complaint on September 3, 2024. (*See* Docs. 14, 15.) Defendant California Department of Corrections and Rehabilitation ("CDCR") filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on September 24, 2024. (Doc. 16.) The motion was referred to the undersigned for the preparation of findings and recommendations. (Doc. 18.) Plaintiff did not file a timely opposition or otherwise respond to the motion.

On October 11, 2024, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for Plaintiff's failure to file a timely opposition. (Doc. 19.) The Court informed Plaintiff that he could comply with the Court's order by filing an opposition or

statement of non-opposition to CDCR's motion to dismiss. (*Id.* at 2.) Plaintiff was expressly warned that failure to comply with the Court's order would result in dismissal of this action with prejudice. (*Id.*)

On October 25, 2024, Plaintiff's counsel submitted a declaration in response to the Court's order to show cause. (Doc. 20.) In the response, counsel indicated an intent to submit a proper opposition to the motion to dismiss within seven days (*Id.*)

Plaintiff did not file an opposition to CDCR's motion or request an extension of time to respond within the seven-day period. As a result, on November 6, 2024, the Court issued findings and recommendations that recommended this action be dismissed based on Plaintiff's failure to prosecute and failure to obey a court order. (Doc. 21.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 4-5.)

On November 20, 2024, in lieu of filing objections, Plaintiff filed a memorandum of points and authorities in opposition to CDCR's motion to dismiss. (Doc. 22.) In light of the opposition filing, the findings and recommendations issued on November 6, 2024, are HEREBY VACATED. The deadline for any reply to Plaintiff's opposition is December 2, 2024. *See* L.R. 230(d). The motion to dismiss will be submitted on the record without oral argument upon the expiration of the reply deadline. L.R. 230(g).

IT IS SO ORDERED.

Dated: **November 21, 2024**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2