UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　Defendants. | Case No.  1:24-cv-00467-JLT-BAM<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO OBJECT TO THE COURT'S FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 29) |

　　　　On January 30, 2025, the parties filed a joint stipulation requesting an extension of two weeks for Plaintiff to file objections to the Findings and Recommendations issued on January 16, 2025.  (Doc. 29.)  Plaintiff explains that his counsel is currently engaged in a trial in Los Angeles County Superior Court, and has been unable to timely file the intended objections, due on January 30, 2025.  The trial commenced on January 28, 2025, and is expected to conclude on February 5, 2025.  (*Id.* at 2.)

　　　　Having considered the parties' stipulation, and cause appearing, the request for an extension of time for Plaintiff to file objections is GRANTED.  Plaintiff shall file any objections to the pending Findings and Recommendations on or before **February 14, 2025**.

IT IS SO ORDERED.

　　　　Dated:　**January 31, 2025**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1